UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY FLYNN, PETER FLYNN, <br><br> Plaintiffs, <br><br><br> vs. <br><br> CITY OF LINCOLN PARK, <br><br> Defendant. | 2:18-CV-12187-TGB <br><br><br><br> HONORABLE <br> TERRENCE G. BERG |

## **JUDGMENT**

For the reasons stated in the Opinion and Order entered on January 21, 2020, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER
CLERK OF COURT
Dated: January 21, 2020     By: s/A. Chubb_____
Deputy Clerk

APPROVED:
/s/Terrence G. Berg_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE